UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-609 DWF/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFF STEINKE,<br><br>Defendant,<br><br>FIRST NATIONAL BANK,<br><br>Garnishee. | ) | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant has no funds in his bank accounts.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on November 17, 2003, is hereby released.

Dated: 11/24/03

Raymond L. Erickson
Magistrate Judge
United States District Court

16

NOV 25 2003