PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 03-JAN-2005 FOR: 1999Z01188/001 PAGE: 1 OF 3

DEBTOR: Steinke, Jeff
COURT NUMBER: 00-609 DWF/RLE PRIORITY CODE:
CURRENT LIABILITY BALANCE: $2,468.74

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | PMNT AMT | POST DATE | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0007 | PMNT | WA | 18-JAN-2001 | OT/B | Steinke | | 10 | $75.00 | 01-FEB-2001 | $5,350.36 |
| 0008 | PMNT | WA | 20-FEB-2001 | OT/B | Steinke | | DD12 | $75.00 | 22-FEB-2001 | $5,305.57 |
| 0009 | PMNT | WA | 19-MAR-2001 | OT/B | debtor | | D15/076/09 | $75.00 | 30-MAR-2001 | $5,255.29 |
| 0011 | PMNT | WA | 16-APR-2001 | OT/B | debtor/dd18/106/37 | | DD18 | $75.00 | 30-APR-2001 | $5,205.92 |
| 0012 | PMNT | WA | 21-MAY-2001 | OT/J | TOPS CC19 | | TOPS | $335.30 | 01-JUN-2001 | $4,902.44 |
| 0013 | PMNT | WA | 24-MAY-2001 | OT/B | C21 01-144 0046 | | CYCLE 17 | $75.00 | 01-JUN-2001 | $4,830.01 |
| 0016 | PMNT | WA | 23-JUL-2001 | OT/B | Steinke | | 27 | $75.00 | 31-JUL-2001 | $4,805.76 |
| 0017 | PMNT | WA | 20-AUG-2001 | OT/B | Steinke | | 31 | $75.00 | 28-AUG-2001 | $4,754.26 |
| 0018 | PMNT | WA | 10-SEP-2001 | OT/A | TOPS | | 35 | $588.25 | 20-SEP-2001 | $4,183.45 |
| 0020 | PMNT | WA | 19-DEC-2001 | CH/Y | Karie | MN /2/055 | 12148 | $100.00 | 19-DEC-2001 | $4,156.51 |
| 0022 | PMNT | WA | 06-MAR-2002 | OT/Y | Steinke | MN /2/106 | 12324 | $100.00 | 06-MAR-2002 | $4,112.41 |
| 0025 | PMNT | WA | 31-JUL-2002 | OT/Y | KARIE STEINKE | MN /2/200 | 12709 | $100.00 | 31-JUL-2002 | $4,118.48 |
| 0027 | PMNT | WA | 04-NOV-2002 | OT/B | Steinke | | 06 | $100.00 | 13-NOV-2002 | $4,087.54 |
| 0029 | PMNT | WA | 23-JAN-2003 | OT/B | Steinke | | 18 | $100.00 | 27-JAN-2003 | $4,044.66 |
| 0034 | PMNT | WA | 27-MAR-2003 | OT/B | Steinke | | 28 | $100.00 | 01-APR-2003 | $3,989.17 |
| 0037 | PMNT | WA | 18-AUG-2003 | TV/B | tops | | 200332 | $786.80 | 18-AUG-2003 | $3,303.28 |
| 0041 | PMNT | T | 02-JAN-2004 | GR/G | P R & D, Inc. | MN /04/066 | 2510 | $186.18 | 02-JAN-2004 | $448.50 |
| 0042 | PMNT | T | 22-JAN-2004 | GR/G | P R & D, Inc. | MN /04/079 | 2545 | $62.06 | 22-JAN-2004 | $386.44 |
| 0043 | PMNT | T | 02-FEB-2004 | GR/G | P R & D, Inc. | MN /04/086 | 2584 | $62.06 | 02-FEB-2004 | $324.38 |
| 0044 | PMNT | T | 23-FEB-2004 | GR/G | Steinke | MN /04/102 | 2620 | $93.09 | 23-FEB-2004 | $231.29 |
| 0045 | PMNT | T | 08-MAR-2004 | GR/G | PR&D INC | MN /04/111 | 2657 | $62.06 | 08-MAR-2004 | $169.23 |
| 0046 | PMNT | T | 19-MAR-2004 | GR/G | P R & D Inc | MN /04/120 | 2687 | $62.06 | 19-MAR-2004 | $107.17 |
| 0047 | PMNT | T | 05-APR-2004 | GR/G | PR&D Inc | MN /04/131 | 2723 | $62.06 | 05-APR-2004 | $45.11 |
| 0048 | PMNT | T | 16-APR-2004 | GR/G | PR&D INC | MN /04/140 | 2742 | $45.11 | 16-APR-2004 | $0.00 |
| 0048 | PMNT | WA | 16-APR-2004 | GR/G | PR&D INC | MN /04/140 | 2742 | $16.95 | 16-APR-2004 | $3,425.82 |
| 0049 | PMNT | WA | 10-MAY-2004 | GR/G | PR&D INC | MN /04/156 | 2791 | $93.09 | 10-MAY-2004 | $3,346.54 |
| 0050 | PMNT | WA | 01-JUN-2004 | GR/G | P R & D | MN /04/170 | 2835 | $93.09 | 01-JUN-2004 | $3,266.11 |
| 0051 | PMNT | WA | 25-JUN-2004 | GR/G | PR&D INC | MN /04/187 | 2887 | $124.12 | 25-JUN-2004 | $3,155.64 |
| 0053 | PMNT | WA | 19-JUL-2004 | GR/G | P R & D | MN /04/205 | 2940 | $93.09 | 19-JUL-2004 | $3,075.75 |
| 0054 | PMNT | WA | 09-AUG-2004 | GR/G | PR&D, INC. | MN /04/220 | 2983 | $93.09 | 09-AUG-2004 | $2,993.91 |
| 0058 | PMNT | WA | 30-AUG-2004 | GR/G | PR&D INC | MN /04/235 | 3021 | $93.09 | 30-AUG-2004 | $2,911.77 |

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 03-JAN-2005 FOR: 1999Z01188/001 PAGE: 2 OF 3

DEBTOR: Steinke, Jeff
COURT NUMBER: 00-609 DWF/RLE PRIORITY CODE:
CURRENT LIABILITY BALANCE: $2,468.74

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | PMNT AMT | POST DATE | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0059 | PMNT | WA | 20-SEP-2004 | GR/G | PR&D INC. | MN /04/249 | 3062 | $93.09 | 20-SEP-2004 | $2,829.33 |
| 0060 | PMNT | WA | 20-OCT-2004 | GR/G | PR&D, INC. | MN /05/013 | 3131 | $155.15 | 20-OCT-2004 | $2,688.96 |
| 0061 | PMNT | WA | 01-DEC-2004 | GR/G | PR&D INC | MN /05/038 | 3231 | $186.18 | 01-DEC-2004 | $2,522.45 |
| 0062 | PMNT | WA | 20-DEC-2004 | GR/G | PR & D | MN /05/050 | 3282 | $62.06 | 20-DEC-2004 | $2,468.74 |

Total Payments for Debtor: $4,573.03