PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 03-JAN-2006 FOR: 1999Z01188/001 PAGE: 1 OF 3

DEBTOR: Steinke, Jeff
COURT NUMBER: 00-609 DWF/RLE
CURRENT LIABILITY BALANCE: $1,004.42

PRIORITY CODE:

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0041 | PMNT | T | 02-JAN-2004 | GR/G | P R & D, Inc. | MN /04/066 | 2510 | | $186.18 | 02-JAN-2004 |
| 0042 | PMNT | T | 22-JAN-2004 | GR/G | P R & D, Inc. | MN /04/079 | 2545 | | $62.06 | 22-JAN-2004 |
| 0043 | PMNT | T | 02-FEB-2004 | GR/G | P R & D, Inc. | MN /04/086 | 2584 | | $62.06 | 02-FEB-2004 |
| 0044 | PMNT | T | 23-FEB-2004 | GR/G | Steinke | MN /04/102 | 2620 | | $93.09 | 23-FEB-2004 |
| 0045 | PMNT | T | 08-MAR-2004 | GR/G | PR&D INC | MN /04/111 | 2657 | | $62.06 | 08-MAR-2004 |
| 0046 | PMNT | T | 19-MAR-2004 | GR/G | P R & D Inc | MN /04/120 | 2687 | | $62.06 | 19-MAR-2004 |
| 0047 | PMNT | T | 05-APR-2004 | GR/G | PR&D Inc | MN /04/131 | 2723 | | $62.06 | 05-APR-2004 |
| 0048 | PMNT | T | 16-APR-2004 | GR/G | PR&D INC | MN /04/140 | 2742 | | $45.11 | 16-APR-2004 |
| 0048 | PMNT | WA | 16-APR-2004 | GR/G | PR&D INC | MN /04/140 | 2742 | | $16.95 | 16-APR-2004 |
| 0049 | PMNT | WA | 10-MAY-2004 | GR/G | PR&D INC | MN /04/156 | 2791 | | $93.09 | 10-MAY-2004 |
| 0050 | PMNT | WA | 01-JUN-2004 | GR/G | P R & D | MN /04/170 | 2835 | | $93.09 | 01-JUN-2004 |
| 0051 | PMNT | WA | 25-JUN-2004 | GR/G | PR&D INC | MN /04/187 | 2887 | | $124.12 | 25-JUN-2004 |
| 0053 | PMNT | WA | 19-JUL-2004 | GR/G | P R & D | MN /04/205 | 2940 | | $93.09 | 19-JUL-2004 |
| 0054 | PMNT | WA | 09-AUG-2004 | GR/G | PR&D, INC. | MN /04/220 | 2983 | | $93.09 | 09-AUG-2004 |
| 0058 | PMNT | WA | 30-AUG-2004 | GR/G | PR&D INC | MN /04/235 | 3021 | | $93.09 | 30-AUG-2004 |

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 03-JAN-2006 FOR: 1999Z01188/001 PAGE: 2 OF 3

DEBTOR: Steinke, Jeff
COURT NUMBER: 00-609 DWF/RLE PRIORITY CODE:
CURRENT LIABILITY BALANCE: $1,004.42

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0059 | PMNT | WA | 20-SEP-2004 | GR/G | PR&D INC. | MN /04/249 | 3062 | | $93.09 | 20-SEP-2004 |
| 0060 | PMNT | WA | 20-OCT-2004 | GR/G | PR&D, INC. | MN /05/013 | 3131 | | $155.15 | 20-OCT-2004 |
| 0061 | PMNT | WA | 01-DEC-2004 | GR/G | PR&D INC | MN /05/038 | 3231 | | $186.18 | 01-DEC-2004 |
| 0062 | PMNT | WA | 20-DEC-2004 | GR/G | PR & D | MN /05/050 | 3282 | | $62.06 | 20-DEC-2004 |
| 0063 | PMNT | WA | 10-JAN-2005 | GR/G | PR&D | MN /05/062 | 3340 | | $93.09 | 10-JAN-2005 |
| 0064 | PMNT | WA | 10-FEB-2005 | GR/G | PR&D | MN /05/082 | 3405 | | $93.09 | 10-FEB-2005 |
| 0065 | PMNT | WA | 09-MAR-2005 | GR/G | PR&D | MN /05/101 | 3480 | | $124.12 | 09-MAR-2005 |
| 0066 | PMNT | WA | 21-MAR-2005 | GR/G | P R & D | MN /05/109 | 3526 | | $62.06 | 21-MAR-2005 |
| 0067 | PMNT | WA | 29-APR-2005 | GR/G | PR&D Inc. | MN /05/134 | 3609 | | $155.15 | 29-APR-2005 |
| 0068 | PMNT | WA | 06-JUN-2005 | GR/G | PR&D | MN /05/160 | 3703 | | $155.15 | 06-JUN-2005 |
| 0069 | PMNT | WA | 20-JUN-2005 | GR/G | PR & D Inc. | MN /05/170 | 3735 | | $62.06 | 20-JUN-2005 |
| 0071 | PMNT | WA | 20-JUL-2005 | GR/G | PR&D Inc. | MN /05/191 | 3816 | | $124.12 | 20-JUL-2005 |
| 0072 | PMNT | WA | 18-AUG-2005 | GR/G | PR&D INC. | MN /05/212 | 3884 | | $155.15 | 18-AUG-2005 |
| 0073 | PMNT | WA | 08-SEP-2005 | GR/G | PR&D | MN /05/226 | 3929 | | $93.09 | 08-SEP-2005 |
| 0074 | PMNT | WA | 26-OCT-2005 | GR/G | P R & D Inc. | MN /06/018 | 4047 | | $217.21 | 26-OCT-2005 |
| 0075 | PMNT | WA | 21-NOV-2005 | GR/G | PR&D | MN /06/032 | 4098 | | $93.09 | 21-NOV-2005 |
| 0076 | PMNT | WA | 27-DEC-2005 | GR/G | PR&D, Inc. | MN /06/058 | 4168 | | $155.15 | 27-DEC-2005 |

Total Payments for Debtor: $6,155.56