PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 16-JUN-2006 FOR: 1999Z01188/001 PAGE: 1 OF 3

DEBTOR: Steinke, Jeff
COURT NUMBER: 00-609 DWF/RLE
CURRENT LIABILITY BALANCE: $0.00

PRIORITY CODE:

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0007 | PMNT | WA | 18-JAN-2001 | OT/B | Steinke | | 10 | | $75.00 | 01-FEB-2001 |
| 0008 | PMNT | WA | 20-FEB-2001 | OT/B | Steinke | | DD12 | | $75.00 | 22-FEB-2001 |
| 0009 | PMNT | WA | 19-MAR-2001 | OT/B | debtor | | D15/076/09 | | $75.00 | 30-MAR-2001 |
| 0011 | PMNT | WA | 16-APR-2001 | OT/B | debtor/dd18/106/37 | | DD18 | | $75.00 | 30-APR-2001 |
| 0012 | PMNT | WA | 21-MAY-2001 | OT/J | TOPS CC19 | | TOPS | | $335.30 | 01-JUN-2001 |
| 0013 | PMNT | WA | 24-MAY-2001 | OT/B | C21 01-144 0046 | | CYCLE 17 | | $75.00 | 01-JUN-2001 |
| 0016 | PMNT | WA | 23-JUL-2001 | OT/B | Steinke | | 27 | | $75.00 | 31-JUL-2001 |
| 0017 | PMNT | WA | 20-AUG-2001 | OT/B | Steinke | | 31 | | $75.00 | 28-AUG-2001 |
| 0018 | PMNT | WA | 10-SEP-2001 | OT/A | TOPS | | 35 | | $588.25 | 20-SEP-2001 |
| 0020 | PMNT | WA | 19-DEC-2001 | CH/Y | Karie | MN /2/055 | 12148 | | $100.00 | 19-DEC-2001 |
| 0022 | PMNT | WA | 06-MAR-2002 | OT/Y | Steinke | MN /2/106 | 12324 | | $100.00 | 06-MAR-2002 |
| 0025 | PMNT | WA | 31-JUL-2002 | OT/Y | KARIE STEINKE | MN /2/200 | 12709 | | $100.00 | 31-JUL-2002 |
| 0027 | PMNT | WA | 04-NOV-2002 | OT/B | Steinke | | 06 | | $100.00 | 13-NOV-2002 |
| 0029 | PMNT | WA | 23-JAN-2003 | OT/B | Steinke | | 18 | | $100.00 | 27-JAN-2003 |
| 0034 | PMNT | WA | 27-MAR-2003 | OT/B | Steinke | | 28 | | $100.00 | 01-APR-2003 |
| 0037 | PMNT | WA | 18-AUG-2003 | TV/B | tops | | 200332 | | $786.80 | 18-AUG-2003 |
| 0041 | PMNT | T | 02-JAN-2004 | GR/G | P R & D, Inc. | MN /04/066 | 2510 | | $186.18 | 02-JAN-2004 |
| 0042 | PMNT | T | 22-JAN-2004 | GR/G | P R & D, Inc. | MN /04/079 | 2545 | | $62.06 | 22-JAN-2004 |
| 0043 | PMNT | T | 02-FEB-2004 | GR/G | P R & D, Inc. | MN /04/086 | 2584 | | $62.06 | 02-FEB-2004 |
| 0044 | PMNT | T | 23-FEB-2004 | GR/G | Steinke | MN /04/102 | 2620 | | $93.09 | 23-FEB-2004 |
| 0045 | PMNT | T | 08-MAR-2004 | GR/G | PR&D INC | MN /04/111 | 2657 | | $62.06 | 08-MAR-2004 |
| 0046 | PMNT | T | 19-MAR-2004 | GR/G | P R & D Inc | MN /04/120 | 2687 | | $62.06 | 19-MAR-2004 |
| 0047 | PMNT | T | 05-APR-2004 | GR/G | PR&D Inc | MN /04/131 | 2723 | | $62.06 | 05-APR-2004 |
| 0048 | PMNT | T | 16-APR-2004 | GR/G | PR&D INC | MN /04/140 | 2742 | | $45.11 | 16-APR-2004 |
| 0048 | PMNT | WA | 16-APR-2004 | GR/G | PR&D INC | MN /04/140 | 2742 | | $16.95 | 16-APR-2004 |
| 0049 | PMNT | WA | 10-MAY-2004 | GR/G | PR&D INC | MN /04/156 | 2791 | | $93.09 | 10-MAY-2004 |
| 0050 | PMNT | WA | 01-JUN-2004 | GR/G | P R & D | MN /04/170 | 2835 | | $93.09 | 01-JUN-2004 |
| 0051 | PMNT | WA | 25-JUN-2004 | GR/G | PR&D INC | MN /04/187 | 2887 | | $124.12 | 25-JUN-2004 |
| 0053 | PMNT | WA | 19-JUL-2004 | GR/G | P R & D | MN /04/205 | 2940 | | $93.09 | 19-JUL-2004 |
| 0054 | PMNT | WA | 09-AUG-2004 | GR/G | PR&D, INC. | MN /04/220 | 2983 | | $93.09 | 09-AUG-2004 |
| 0058 | PMNT | WA | 30-AUG-2004 | GR/G | PR&D INC | MN /04/235 | 3021 | | $93.09 | 30-AUG-2004 |

PAYMENT HISTORY REPORT

Report: CZ_QRYG
RUN DATE: 16-JUN-2006 FOR: 1999Z01188/001 PAGE: 2 OF 3

DEBTOR: Steinke, Jeff
COURT NUMBER: 00-609 DWF/RLE PRIORITY CODE:
CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0059 | PMNT | WA | 20-SEP-2004 | GR/G | PR&D INC. | MN /04/249 | 3062 | | $93.09 | 20-SEP-2004 |
| 0060 | PMNT | WA | 20-OCT-2004 | GR/G | PR&D, INC. | MN /05/013 | 3131 | | $155.15 | 20-OCT-2004 |
| 0061 | PMNT | WA | 01-DEC-2004 | GR/G | PR&D INC | MN /05/038 | 3231 | | $186.18 | 01-DEC-2004 |
| 0062 | PMNT | WA | 20-DEC-2004 | GR/G | PR & D | MN /05/050 | 3282 | | $62.06 | 20-DEC-2004 |
| 0063 | PMNT | WA | 10-JAN-2005 | GR/G | PR&D | MN /05/062 | 3340 | | $93.09 | 10-JAN-2005 |
| 0064 | PMNT | WA | 10-FEB-2005 | GR/G | PR&D | MN /05/082 | 3405 | | $93.09 | 10-FEB-2005 |
| 0065 | PMNT | WA | 09-MAR-2005 | GR/G | PR&D | MN /05/101 | 3480 | | $124.12 | 09-MAR-2005 |
| 0066 | PMNT | WA | 21-MAR-2005 | GR/G | P R & D | MN /05/109 | 3526 | | $62.06 | 21-MAR-2005 |
| 0067 | PMNT | WA | 29-APR-2005 | GR/G | PR&D Inc. | MN /05/134 | 3609 | | $155.15 | 29-APR-2005 |
| 0068 | PMNT | WA | 06-JUN-2005 | GR/G | PR&D | MN /05/160 | 3703 | | $155.15 | 06-JUN-2005 |
| 0069 | PMNT | WA | 20-JUN-2005 | GR/G | PR & D Inc. | MN /05/170 | 3735 | | $62.06 | 20-JUN-2005 |
| 0071 | PMNT | WA | 20-JUL-2005 | GR/G | PR&D Inc. | MN /05/191 | 3816 | | $124.12 | 20-JUL-2005 |
| 0072 | PMNT | WA | 18-AUG-2005 | GR/G | PR&D INC. | MN /05/212 | 3884 | | $155.15 | 18-AUG-2005 |
| 0073 | PMNT | WA | 08-SEP-2005 | GR/G | PR&D | MN /05/226 | 3929 | | $93.09 | 08-SEP-2005 |
| 0074 | PMNT | WA | 26-OCT-2005 | GR/G | P R & D Inc. | MN /06/018 | 4047 | | $217.21 | 26-OCT-2005 |
| 0075 | PMNT | WA | 21-NOV-2005 | GR/G | PR&D | MN /06/032 | 4098 | | $93.09 | 21-NOV-2005 |
| 0076 | PMNT | WA | 27-DEC-2005 | GR/G | PR&D, Inc. | MN /06/058 | 4168 | | $155.15 | 27-DEC-2005 |
| 0077 | PMNT | WA | 23-JAN-2006 | GR/G | PR&D INC | MN /06/077 | 4222 | | $124.12 | 23-JAN-2006 |
| 0078 | PMNT | WA | 27-FEB-2006 | GR/G | PR&D INC | MN /06/102 | 4304 | | $124.12 | 27-FEB-2006 |
| 0079 | PMNT | WA | 31-MAR-2006 | GR/G | Jeff | MN /06/126 | 4378 | | $155.15 | 31-MAR-2006 |
| 0080 | PMNT | WA | 19-APR-2006 | GR/G | PR&D Inc | MN /06/140 | 4423 | | $93.09 | 19-APR-2006 |
| 0082 | PMNT | WA | 18-MAY-2006 | GR/G | PR&D | MN /06/160 | 4489 | | $124.12 | 18-MAY-2006 |
| 0083 | PMNT | WA | 15-JUN-2006 | GR/G | PR&D | MN /06/176 | 4557 | | $124.12 | 15-JUN-2006 |
| 0084 | PMNT | WA | 15-JUN-2006 | CH/Y | Jeff | MN /06/176 | 104347 | | $280.57 | 15-JUN-2006 |

Total Payments for Debtor: $7,180.85